SO ORDERED: September 30, 2008.

_____
**Frank J. Otte**
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| RANDALL SCOTT CHRISTIAN, | ) | CASE NO: 08-80624-FJO-7 |
| LINDA SUE CHRISTIAN | ) | |
| | ) | |
| Debtors. | ) | |

### AMENDED ORDER

      This matter comes before the court on the United States Trustee's Motion to Dismiss Pursuant to U.S.C. §§707(b)(1)(2) or in the alternative 11 U.S.C. §707(b)(3) filed on July 11, 2008, and the Objection to Trustee's Motion to Dismiss filed by the Debtors, Randall Scott Christian and Linda Sue Christian on August 8, 2008. The Court conducted a hearing on the foregoing matter on September 5, 2008.

      Four issues were presented for determination of whether deductions taken on Debtors' Statement of Current Monthly Income and Means Test Calculation were appropriate:

    1)    Are the Debtors entitled to claim mortgage deduction on property surrendered?

    2)    Are the Debtors entitled to take the transportation ownership expense deduction specified under the Internal Revenue Service Local Standards

>  for a second vehicle which they own free and clear of liens?
>
> 3) Are the debtors entitled to take an additional deduction on that second vehicle, which is free and clear of liens, as the vehicle is more than 6 years old and/or has over 75,000 miles?
>
> 4) What is the correct amount to use for calculating the Form 22A deduction for taxes?

The Court, after reviewing the U.S. Trustee's Motion to Dismiss pursuant to 11 U.S.C. §§707(b)(1)(2) and (3), the Debtors' Objection thereto, and the Joint Stipulation of Facts; listening to the arguments of Counsel during the September 5, 2008 hearing; and being advised that the U.S. Trustee was withdrawing its Motion to Dismiss pursuant to 11 U.S.C. §§707(b)(1) and (3) hereby finds as follows:

Issue 1: Debtors are entitled to claim a deduction for their monthly mortgage payments on their residence, despite their intention to surrender this property as expressed on their "Chapter 7 Individual Debtor's Statement of Intention,"

Issue 2: Debtors are entitled to take a $479 vehicle ownership deduction for a second vehicle that is owned free and clear of liens,

Issue 3: Debtors are not entitled to an additional $200 deduction on their second vehicle owned free and clear of liens, and is over 6 years old and/or has over 75,000 miles because they were permitted the $489 vehicle ownership deduction,

Issue 4: In light of the findings in Issues One, Two and Three, the Court does not decide this issue.

Based upon the foregoing, the Court does ORDER that the Trustee's Motion to Dismiss pursuant to 11 U.S.C. §§707(b)(1) and (2) is denied.

**IT IS SO ORDERED.**

###

Distribution:

Lora L. Phipps
Joseph F. McGonigal
William Tabor
R. & L. Christian